**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | **Earl Ewing, III<br>, Debtor(s)** | **Case No. 26-13120-JDW<br>CHAPTER 13** |

**<u>NOTICE OF CHANGE OF ADDRESS FOR DEBTOR</u>**

Kimberly Pratt (Creditor) hereby gives notice of its new address:

| | |
|---|---|
| **Current Notice Address:** | Kimberly Pratt<br>410 Mound St<br>Grenada, MS 38901 |
| **New Notice Address:** | Kimberly Edwards<br>1248 S Mound St.<br>Grenada, MS 38901 |
| **New Payment Address:** | Kimberly Edwards<br>1248 S Mound St.<br>Grenada, MS 38901 |
| **Proof of Claim Number(s):** | n/a |
| **Reason for Change of Address**: | Name and address were filed incorrectly |

Date: September 10, 2026

/s/ Thomas C. Rollins, Jr.
Attorney for Debtor

Certificate of Service

I hereby certify that a copy of the foregoing Notice of Change of Address was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on September 10, 2026, addressed to:

/s/ Thomas C. Rollins, Jr.
Attorney for Debtor

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767, Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533