**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Earl Ewing, III, Debtor** **Case No. 26-13120-JDW
CHAPTER 13**

**DEBTOR(S)' MOTION TO DISMISS CHAPTER 13 CASE**

Comes now, the Debtor in the above-captioned case, and moves this Court for an order dismissing this case pursuant to 11 U.S.C. § 1307(b). The Debtor represents to the Court that this case has not previously been converted under Section 706, 1112 or 1208 of Title 11 of the United States Code, and that this Motion is being filed and served as required by Fed. R. Bankr. P. 9013.

WHEREFORE, the Debtor requests that the Court enter an ex parte order dismissing this case, ordering the chapter 13 trustee to file a final report and account, and giving parties-in-interest 14 days to object to the dismissal pursuant to Local Rule.

Respectfully Submitted,

Date: October 15, 2026 Signature: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533