**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Earl Ewing, III, Debtor** **Case No. 26-13120-JDW**
**CHAPTER 13**

**<u>ORDER DISMISSING CHAPTER 13 CASE ON MOTION OF DEBTOR</u>**

Upon the motion of debtor to dismiss the above-captioned case pursuant to 11 U.S.C. § 1307(b); and the debtor having represented to the Court that this case has not previously been converted under Section 706, 1112 or 1208 of Title 11 of the United States Code, and that the Motion was filed and served as required by Fed. R. Bankr. P. 9013, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that

1. The above-captioned case is hereby **DISMISSED.**
2. The Chapter 13 Trustee shall file a Chapter 13 final report and account as required by Fed. R. Bankr. P. 5009.
3. Pursuant to Local Rule 1017-1(f)(2)(C), notwithstanding the entry of this Order, any party in interest may file an objection to the debtor's motion within 14 days of the entry of this Order. Upon consideration of any timely-filed objection, at its discretion, the Court may either conduct a hearing or rule on the matter without a hearing.

**##END OF ORDER##**

Submitted by:

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767, Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

United States Bankruptcy Court
Northern District of Mississippi

In re: Case No. 26-13120-JDW
Earl Ewing, III Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 2
Date Rcvd: Oct 30, 2026 Form ID: pdf0002 Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Earl Ewing, III, 75 W Pecan St, Grenada, MS 38901-4432 |
| 4718815 | | American Addiction Centers, 1415 Route 70 E Ste LL5, Cherry Hill, NJ 08034-2229 |
| 4718816 | + | American Cash, 1105 Sunwood Dr, Ste 3, Grenada, MS 38901-6618 |
| 4718819 | + | Cynthia Hudson, 25 Putt Cv, Grenada, MS 38901-5575 |
| 4718820 | + | Dixie Auto Auction, 15673 Highway 8 West, Grenada, MS 38901-8919 |
| 4718822 | + | Kimberly Pratt, 1248 S Mound St., Grenada, MS 38901-4510 |
| 4718826 | + | Rapid Track, 1201 Sunset Dr, Grenada, MS 38901-4063 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4732734 | | Email/Text: ebnnotifications@creditacceptance.com | Oct 30 2026 10:26:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD, SOUTHFIELD MI 48034 |
| 4718817 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 30 2026 10:26:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 4718818 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 30 2026 10:27:00 | Credit Collection, P.O. Box 607, Norwood, MA 02062-0607 |
| 4718821 | | Email/Text: Bankruptcy@FMAAlliance.com | Oct 30 2026 10:26:00 | FMA Alliance, LTD, 12339 Cutten Rd, Houston, TX 77066 |
| 4718827 | | Email/Text: JCTMO_BNC_Notices@JCAP.COM | Oct 30 2026 10:26:00 | T-Mobile, P.O. Box 37380, Albuquerque, NM 87176 |
| 4730278 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 30 2026 10:26:00 | Jefferson Capital Systems, LLC, PO BOX 7999, ST.CLOUD, MN 56302-9617 |
| 4718823 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Oct 30 2026 10:26:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 4718824 | + | Email/Text: constance.morrow@mdhs.ms.gov | Oct 30 2026 10:26:00 | MSDHS, PO Box 352, Jackson, MS 39205-0352 |
| 4718825 | + | Email/Text: constance.morrow@mdhs.ms.gov | Oct 30 2026 10:26:00 | MSDHS, Attn: Constance Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 4737817 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Oct 30 2026 10:26:00 | Mississippi Department of Revenue, P.O. Box 22808, Jackson, MS 39225-2808 |
| 4718828 | + | Email/Text: Bankruptcies@umc.edu | Oct 30 2026 10:27:00 | UMMC, P.O. Box 3488, Dept 05-077, Tupelo, MS 38803-3488 |
| 4718829 | | Email/PDF: ebn_ais@aisinfo.com | Oct 30 2026 10:33:12 | Verizon, by AIS InfoSource LP, P.O. Box 4457, Houston, TX 77210-4457 |

TOTAL: 12

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com trusteeMSNB73@ecf.epiqsystems.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Earl Ewing III trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 3